[Nos. 70338-2-I; 70339-1-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN H.
HOVANDER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. STARLARE
HOVANDER, *Appellant*.

Appeals from a judgment of the Superior Court for
Whatcom County, Nos. 11-1-00647-9 and 11-1-00648-7, Ira
Uhrig, J., entered April 9, 2013. *Affirmed* by unpublished
opinion per Trickey, A.C.J., concurred in by Cox and Appel-
wick, JJ.

[No. 72302-2-I.   Division One.   June 13, 2016.]

ERROL CHARLES SPEED, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 13-1-05039-8, Donald E. Eaton, J., entered
July 9, 2014. *Affirmed* by unpublished opinion per Appel-
wick, J., concurred in by Dwyer and Leach, JJ.

[No. 72525-4-I.   Division One.   June 13, 2016.]

ANDREA LISTER, *Appellant*, v. RYAN A. PHAN ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 12-2-08972-8, Roger Rogoff, J., entered October
7, 2014. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Trickey, A.C.J., and Leach, J.